## No. 5012.

### BRIDGET BOCKEL et al v. JOSEPH RUDMAN et al.

When the judge fixed no amount for the appeal bond and a suspensive appeal was granted on giving bond conditioned according to law, the appeal will be dismissed. The amount of the appeal bond is not sufficient for a suspensive appeal, and it will not do for a devolutive one, because it was not for an amount fixed by the judge.

APPEAL from the Seventh Judicial District Court, parish of Pointe Coupee. *Farrar*, Judge *ad hoc*. Jury trial. *Leake* and *Powell*, for plaintiffs and appellees. *John Yoist & E. Phillips*, for defendants and appellants.

WYLY, J. In this case the judge fixed no amount for an appeal

bond. A suspensive appeal was granted on appellants giving bond conditioned according to law.

The amount of the appeal bond is not sufficient for a suspensive appeal. It will not do for a devolutive appeal, because it is not for an amount fixed by the judge. The motion to dismiss on this ground must therefore prevail.

It is therefore ordered that the appeal herein be dismissed at appellants' costs.

Rehearing refused.